PEOPLE ex rel. EMPIRE STATE DAIRY CO. v. SOHMER, State Comptroller. (Supreme Court, Appellate Division, Third Depart-

ment. September 15, 1914.) Proceeding by the People of the State of New York, on the relation of the Empire State Dairy Company, against William Sohmer, as Comptroller of the State of New York.

PER CURIAM. Determination of the comptroller confirmed, with $50 costs and disbursements.

SMITH, P. J., and HOWARD, J., vote for modification, by remitting the tax of three-fourths of a mill upon the new stock declared as dividend.